No. 78–6496. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–6524. GREEN v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–6548. JOHNSON v. MEACHAM, WARDEN. Sup. Ct. Wyo. Certiorari denied.

No. 78–6551. WELLS v. NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 78–6555. SANDOVAL v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 78–6564. BAKER v. ESTELLE, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied.

No. 78–6566. FERNANDEZ v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 78–6571. NAJERA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 78–6575. SMITH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 78–6576. WATKINS v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 78–6586. HARRELL v. HUFF, ASSISTANT HOSPITAL ADMINISTRATOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 78–6600. KANTORSKI ET AL. v. COMMISSIONER OF CORPORATIONS AND TAXATION OF MASSACHUSETTS ET AL. C. A. 1st Cir. Certiorari denied.

No. 78–6618. COOK v. HANBERRY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 78–6622. WILLIAMS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.